AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
NOV 16 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

26 U.S.C. § 7201-Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 26 U.S.C. § 7201–5 years prison, $250,000 fine or twice the gain/loss from the offense, whichever is greater, 3 years supervised release, $100 assessment

## DEFENDANT - U.S

▶ JOHN COMPAGNO

DISTRICT COURT NUMBER
CR16 0466 WHA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Thomas Moore, AUSA, Tax Div.

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED

NOV 16 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN COMPAGNO,<br><br>Defendant. | CASE NO. CR16 0466<br><br>VIOLATION: 26 U.S.C. § 7201-Tax Evasion<br><br>(SAN FRANCISCO VENUE) |

INFORMATION

The United States Attorney charges:

COUNT ONE: (26 U.S.C. § 7201 – Tax Evasion)

On or about April 4, 2011, in the Northern District of California, the defendant,

JOHN COMPAGNO,

a resident of Napa, California, who was the Chief Executive Officer of John Compagno M.D., Inc., did willfully and knowingly attempt to evade and defeat the income tax due and owing by the corporation to the United States of America for the calendar year 2010 by preparing, signing, and delivering, and causing to be prepared, signed, and delivered, a false and fraudulent U.S. Corporation Income Tax Return, Form 1120, which was filed with the Internal Revenue Service on behalf of the corporation, wherein he stated that the taxable income of the corporation for the calendar year 2010 was the sum of

-$59,614, and that the total amount of tax due and owing thereon was $0, whereas, as he knew the amount of tax due was greater than the amount reported.

All in violation of Title 26, United States Code, Section 7201.

BRIAN J. STRETCH
United States Attorney

Dated: November 8, 2016

BARBARA J. VALLIERE
Chief, Criminal Division

Approved as to Form

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division