1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4

5 THOMAS MOORE  (ALBN 4305-O78T)
Assistant United States Attorney

6
    450 Golden Gate Avenue, Box 36055
7
    San Francisco, California 94102-4395
    Telephone: (415) 436-7017
8
    Facsimile: (415) 4326-7009
    Email: tom.moore@usdoj.gov
9

10 Attorneys for the United States of America

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 UNITED STATES OF AMERICA | ) | No. CR 16-466-WHA |
| 15    Plaintiff, | )<br>)<br>) | STIPULATED REQUEST TO CONTINUE SENTENCING AND [PROPOSED] ORDER |
| 16   v. | )<br>) | |
| 17 JOHN COMPANGO, | )<br>) | |
| 18    Defendant. | )<br>) | |

19

20      The parties stipulate, subject to the Court's approval:

21      1.    This matter is scheduled for sentencing on March 28, 2017.

22      2.    Counsel for the United States requests that the sentencing be continued so that he may

23 participate in a previously unplanned trip, that cannot be rescheduled, to Yosemite with east coast family

24 who have never been to Yosemite.

25      3.    Counsel for the defendant does not object to this request.

26      4.    United States Probation Officer Jill Spitalieri does not object to this request.

27 //

28 //

Stipulated Request To Continue Sentencing
& [proposed] Order; CR-16-466-WHA        1

5.  The parties request that the sentencing hearing be rescheduled to April 11, 2017, at 1:30 p.m.

                                  BRIAN J. STRETCH
                                  United States Attorney

DATED: 3/6/2017                    _____/s/_____
                                    THOMAS MOORE
                                    Assistant United States Attorney

DATED: 3/6/2017                    _____/s/_____
                                    THEODORE CASSMAN
                                    Counsel for John Compagno

### ORDER

Pursuant to the Stipulated request of the United States of America, and without objection of counsel for defendant John Compango, it is HEREBY ORDERED as follows:

The sentencing for John Compagno, currently scheduled for March 28, 2017, is rescheduled to April 11, 2017, at 1:30 p.m.

IS SO ORDERED this __7__ day of __March__, 2017.

Dated: March 7, 2017.                    _____
                                    UNITED STATES DISTRICT JUDGE