IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN COMPAGNO,

    Defendant.

    /

No. C 16-00466 WHA

**ORDER RE REQUEST TO AMEND PRE-SENTENCE REPORT**

Prisoner John Compagno requests the Court issue an order amending his pre-sentence report to state that he suffers from issues of alcohol dependency so that he may participate in the Bureau of Prisons' residential drug abuse program ("RDAP") (Dkt. No. 21 at 1–3). Compagno does not mention that successful completion of RDAP can lead to early release, though the Court is aware of this fact.

Compagno's request is untimely and will be **DENIED**. Before now, he gave no indication to the Court or probation of any issues with alcohol abuse, and, instead, indicated that he only drank "socially, with meals" (Dkt. No. 18 ¶ 52). He made the decision to be sentenced based upon this representation, and that was a calculated choice. It is too late to go back.

Compagno is now free to seek out other substance abuse programs or support groups through the Bureau of Prisons if he so chooses.

**IT IS SO ORDERED.**

Dated: November 13, 2017.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE